IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIFTY HOME PRODUCTS INC, <br><br> Plaintiff, <br><br> v. <br><br> LAYLAXY, *et al.*, <br><br> Defendants. | Civil Action No. 23-903 <br><br> **(Judge Schwab)** |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff hereby moves for entry of a Default Judgment and Permanent Injunction pursuant to Federal Rule of Civil Procedure 55(b)(2) against the Defendants set forth on **Schedule A**, all of whom are in default.[1] The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Plaintiffs respectfully request the following relief against Defendants: 1) the entry of a final judgment of $2,000,000.00 of disgorgement of profits against each individual Defendant as listed on Schedule A, and a permanent injunction in order to prevent Defendants from infringing Plaintiff's intellectual property rights in the future; 2) a post-judgment asset restraining order; and 3) an order authorizing the release and transfer of Defendants' frozen assets to satisfy the ; damages awarded to Plaintiffs.

---

[1] This motion does not dispose of all the Defendants. Plaintiff is currently negotiating settlement with SHOPLC. If that settlement is not completed, Plaintiff will move to add SHOPLC to the final judgment.

Plaintiff does not believe it is necessary for the Court to hold a hearing on this Motion, and the Motion may be decided on the papers.[2] Courts, including this Court, enter default judgments in similar cases based upon the papers and without holding a hearing. *See, e.g., Nifty Home Products, Inc. v. Ladynana US,* No. 22-994 (October 20, 2022)(Schwab, J.), *Osprey, LLC v. Alfie Pet*, No. 21-cv-790 [Doc. No. 43] (W.D. Pa. July 28, 2022) (default judgment entered three days after motion filed); *Osprey, LLC v. Alladinbox*, No. 21-cv-1095 [Doc. No. 39] (W.D. Pa. July 21, 2022) (default judgment entered one day after motion filed); *BBC Studios Distribution Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, No. 22-cv-1441 (N.D. Ill. July 20, 2022) (default judgment entered one day after motion filed); *Airigan Solutions, LLC v. Belvia*, No. 20-cv-284 [Doc. No. 35] (W.D. Pa. April 22, 2020) (default judgment entered one day after motion filed).

A proposed Order granting the relief sought is submitted herewith.

/

/

/

/

---

[2] It is respectfully submitted there is no reason to conduct a hearing on the Plaintiff's request for damages since all of the evidence needed for an award of damages is before the court. Courts have awarded damages post-default without an evidentiary hearing based upon affidavits like those submitted by the plaintiff in this case. *See Rios v. Loves*, No. 13-CV-1619 (E.D. Pa. 2015) (After a Court determines that judgment by default should be entered as to liability, the court must address the quantum of damages or other recovery to be awarded. The Court may determine the amount of damages by conducting a hearing or upon submission of affidavits.); *see also Jonestown Bank and Trust Co. v. Automated Teller Mach., Services, Inc.*, 2012 WL 6043624, *4 (M.D. Pa. 2012) (explaining that the Court may determine damages by asking parties to submit "affidavits and other materials from which the court can decide the issue.") (citing 10 James Wm. Moore, et al., Moore's Federal Practice § 55.32[2][c] (Matthew Bender ed. 2010)); *Frenkel v. Baker*, No. 13-5880, 2014 WL 5697449, at *12 (E.D. Pa. Nov. 4, 2014) (citing *Amresco Fin. Financial I L.P. v. Storti*, 2000 WL 284203, at *2 (E.D. Pa. Mar. 13, 2000)) (entry of default with an award of damages proper where award can be ascertained from figures in evidence and affidavits).

/

/

/

                                            Respectfully submitted,

Dated: July 25, 2023                     /s/ Stanley D. Ference III
                                           Stanley D. Ference III
                                           Pa. ID No. 59899
                                           courts@ferencelaw.com

                                           Brian Samuel Malkin
                                           Pa. ID No. 70448
                                           bmalkin@ferencelaw.com

                                           FERENCE & ASSOCIATES LLC
                                           409 Broad Street
                                           Pittsburgh, Pennsylvania 15143
                                           (412) 741-8400 – Telephone
                                           (412) 741-9292 – Facsimile
                                           Attorneys for Plaintiff